FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

2007 NOV 30 AM 11: 58

CLERK_____
SO. DIST. OF GA.

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF GEORGIA

## STATESBORO DIVISION

| | | |
|---|---|---|
| EMORY L. LARISCY, | ) | |
| Movant, | ) | |
| v. | ) | Case No. CV607-064 |
| UNITED STATES OF AMERICA, | ) | [underlying CR605-026] |
| Respondent. | ) | |

## O R D E R

After a careful de novo review of the record in this case, the Court concurs with the Magistrate Judge's Report and Recommendation, to which objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.

**SO ORDERED** this _30_ day of _November_, 2007.

_____
B. AVANT EDENFIELD
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA